# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:09cv225

| | | |
|---|---|---|
| KENNETH G. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| A.W. CHESTERTON COMPANY *et. al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant A.W. Chesterton Company [Doc. 16].

There being no opposition to the motion, it will be allowed.

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss Defendant A.W. Chesterton Company [Doc. 16] is hereby **GRANTED** and this action is hereby **DISMISSED** with prejudice as to Defendant A.W. Chesterton Company only.

Signed: January 19, 2013

Martin Reidinger
United States District Judge