IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CIVIL CASE NO. 1:09cv225**

| | |
|---|---|
| KENNETH G. SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| A.W. CHESTERTON COMPANY *et. al.*,) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant A.W. Chesterton Company [Doc. 16].

There being no opposition to the motion, it will be allowed.

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss Defendant A.W. Chesterton Company [Doc. 16] is hereby **GRANTED** and this action is hereby **DISMISSED** with prejudice as to Defendant A.W. Chesterton Company only.

Signed: January 19, 2013

Martin Reidinger
United States District Judge