# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv225

| | | |
|---|---|---|
| KENNETH G. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 3M COMPANY, a Delaware Corporation | ) | |
| also known as Minnesota Mining & | ) | |
| Manufacturing Company, | ) | |
| GARLOCK SEALING TECHNOLOGIES, | ) | |
| LLC, a Delaware Corporation formerly | ) | |
| known as Garlock, Inc., | ) | |
| GENERAL ELECTRIC COMPANY, a | ) | |
| New York Corporation, | ) | |
| GENERAL REFRACTORIES COMPANY, | ) | |
| also known as Grefco, | ) | |
| GEORGIA-PACIFIC, LLC, a Georgia | ) | |
| Company, | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, a New York Corporation, and | ) | |
| NATIONAL SERVICES INDUSTRIES, INC., | ) | |
| a Georgia Corporation formerly known as | ) | |
| NSI Enterprises, Inc., formerly known as | ) | |
| North Brothers, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss of

Plaintiff Kenneth G. Sanders and Defendant General Electric Company

[Doc. 18], the Joint Motion to Dismiss of Plaintiff Kenneth G. Sanders and Defendant Metropolitan Life Insurance Company [Doc. 19], the Notice of Dismissal of Defendant General Refractories Company, a/k/a Grefco, of Plaintiff Kenneth G. Sanders [Doc. 20] and the Notice of Suggestion of Bankruptcy of Defendant Garlock Sealing Technologies, LLC [Doc. 21].

For the reasons stated in the Motions to Dismiss, they will be granted. The Notice of Dismissal does not require an order dismissing the case as to Grefco but in the interest of clarity, the Court nonetheless issue one. The Notice of Bankruptcy of Defendant Garlock Sealing Technologies, LLC requires that the action be stayed as to that Defendant. The Court is advised that Defendant National Services Industries, Inc. is also in bankruptcy and that the notice thereof was filed in the Multidistrict Litigation docket. The Court is further advised that the settlement check from Georgia Pacific cannot be issued until March 21, 2013. No information has been provided concerning 3M.

**IT IS, THEREFORE, ORDERED** as follows:

1. The Joint Motion to Dismiss of Plaintiff Kenneth G. Sanders and Defendant General Electric Company [Doc. 18] is hereby **GRANTED** and this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant General Electric Company;

2

2. The Joint Motion to Dismiss of Plaintiff Kenneth G. Sanders and Defendant Metropolitan Life Insurance Company [Doc. 19] is hereby **GRANTED** and this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Metropolitan Life Insurance Company;

3. This action is hereby **STAYED** as to Defendants Garlock Sealing Technologies, LLC and National Services Industries, Inc.

4. This action is hereby **DISMISSED WITH PREJUDICE** as to Defendant General Refractories Company, a/k/a Grefco;

5. Absent further information concerning the Defendant 3M, the Plaintiff shall file a motion to dismiss this Defendant on or before March 22, 2013; and

6. The Defendant Georgia Pacific, LLC shall provide settlement funds to Plaintiff's counsel on or before March 29, 2013 and upon receipt thereof, the Plaintiff shall file a motion to dismiss.

Signed: March 14, 2013

Martin Reidinger
United States District Judge

3