IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv225

| | |
|---|---|
| KENNETH G. SANDERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GARLOCK SEALING TECHNOLOGIES, )<br>LLC, a Delaware Corporation formerly )<br>known as Garlock, Inc., )<br>GEORGIA-PACIFIC, LLC, a Georgia )<br>Company, and )<br>NATIONAL SERVICES INDUSTRIES, INC., )<br>a Georgia Corporation formerly known as )<br>NSI Enterprises, Inc., formerly known as )<br>North Brothers, Inc., )<br>)<br>Defendants. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss of Plaintiff Kenneth G. Sanders and Defendant Georgia-Pacific, LLC [Doc. 24].

The Motion to Dismiss will be granted. This action has been stayed as to Defendant Garlock Sealing Technologies, LLC and Defendant National Services Industries, Inc., each of which is in bankruptcy. This

matter having been fully resolved as to all other Defendants, the Clerk of Court is instructed to administratively close this action.

**IT IS, THEREFORE, ORDERED** the Joint Motion to Dismiss of Plaintiff Kenneth G. Sanders and Defendant Georgia-Pacific, LLC [Doc. 24] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this action.

Signed: April 12, 2013

Martin Reidinger
United States District Judge